UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JOSIAH TUTTLE,

       Plaintiff,

       v.

POCATELLO POLICE DEPARTMENT
and BANNOCK COUNTY SHERIFFS
DEPARTMENT,

       Defendants.

Case No. 4:22-cv-00326-DCN

**SUCCESSIVE REVIEW ORDER**

## I. INTRODUCTION

Pending before the Court is Plaintiff Josiah Tuttle's First Amended Complaint (Dkt. 5). The Court has already granted Tuttle's Application to Proceed in Forma Pauperis. Dkt. 4, at 6. However, the Court dismissed Tuttle's original Complaint (Dkt. 2) for failure to state any claims upon which relief can be granted. *Id.* at 7. The Court allowed Tuttle time to amend his Complaint, which Tuttle chose to do so. However, Tuttle's First Amended Complaint is a mirror image of his original Complaint. As such, the original grounds for dismissing Tuttle's original Complaint still exist, and the Court will DISMISS Tuttle's First Amended Complaint WITHOUT PREJUDICE. The Court will, however, allow Tuttle an opportunity to amend. However, if Tuttle elects to file a Second Amended Complaint, he must remedy the deficiencies the Court addressed in its Initial Review Order. Failure to do so will result in dismissal of this case with prejudice.

SUCCESSIVE REVIEW ORDER – 1

## II. ORDER

1. Tuttle's First Amended Complaint (Dkt. 5) is deficient as it fails to state any claims upon which relief can be granted. His Complaint is therefore DISMISSED WITHOUT PREJUDICE. The Court GRANTS Tuttle leave to file a Second Amended Complaint in substantial compliance with the Court's analysis in its Initial Review Order. Tuttle must file his Amended Complaint within sixty (60) days of the issuance of this Order.

2. Failure to file an Amended Complaint within the ordered timeframe will result in the full dismissal of this case WITH PREJUDICE and without further notice.

DATED: August 29, 2022

David C. Nye
Chief U.S. District Court Judge